IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARRELL PICKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 04-866-TC |
| v. ) | |
| ) | ORDER |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security) | |
| ) | |
| Defendants. ) | |
| ) | |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on October 19, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Pickett's motion for remand is denied, the Commissioner's final decision is affirmed, and the clerk of court will enter final judgment dismissing this case with prejudice.

IT IS SO ORDERED.

DATED this __3rd__ day of __Nov.__, 2005.

_____
UNITED STATES DISTRICT JUDGE